# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TROY D. HOWARD <br> (BOP REGISTER NO. 28268-064) <br><br> v. <br><br> STATE OF TEXAS | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3:20-CV-0766-S |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 3, 2020.

_____
UNITED STATES DISTRICT JUDGE